■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS LEROY KEARSE, Appellant.— Appeal by defendant from a judgment of the former County Court, Queens County, rendered December 9, 1957 after a jury trial, convicting him of first degree rape, first degree grand larceny, third degree

burglary, and second degree assault (two counts) and imposing sentence. Judgment affirmed. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.